Opinion filed April 24, 2008 











 
 
  
 
 







 
 
  
 
 




Opinion filed April 24,
2008 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-08-00044-CV

                                                    __________

 

                   IN THE INTEREST OF B.E.J. AND T.R.J., CHILDREN

 



 

                                          On
Appeal from the 35th District Court

 

                                                          Brown
County, Texas

 

                                                Trial
Court Cause No. 01-06-326

 



 

                                             M
E M O R A N D U M   O P I N I O N

Appellant
has filed in this court a motion to dismiss his appeal.  Appellant states in
his motion that the trial court has issued further orders that now make this
current appeal moot.

The
motion is granted, and the appeal is dismissed.

 

PER CURIAM

 

April 24, 2008

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.